448 A.2d 1161

Commonwealth v. Waller, Appellant.

*Petition for Allowance of Appeal Denied Nov. 5, 1982.*

Submitted October 28, 1981. Richard S. Levine, for appellant; Dara DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.